UNITED STATES VINEGAR COMPANY, Respondent, *v.* FRANCIS FOEHRENBACH and Another, Appellants.

*Objection to proof of incorporation in another State — a certificate under the seal of the State is prima facie evidence.*

An objection that there was a failure to prove the incorporation of a party to an action under the laws of the State of Illinois, because the certificate of its Secretary of State to such effect was not exemplified, as required by section 906 of the United States Revised Statutes, is without force.

A certificate under the great seal of the State of Illinois is receivable in evidence as *prima facie* evidence of the facts therein stated. (Chap. 311 of Laws of 1877.)

APPEAL by the defendants, Francis Foehrenbach and another, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the city and county of New York on the 28th day of March, 1893, upon the verdict of a jury directed by the court at the New York Circuit.

*Benno Loewy*, for the appellants.

*S. R. Ten Eyck*, for the respondent.

Parker, J.:

An examination of the argument of the appellants discloses that all of the questions discussed involving the merits were passed upon by this court in *The U. S. Vinegar Co.* v. *Schlegel* (67 Hun, 356). Their further consideration at this time we deem unnecessary.

Appellants' contention that the plaintiff failed to prove its incorporation under the laws of the State of Illinois, because the certificate of its Secretary of State to such effect was not exemplified, as required by section 906 of the United States Revised Statutes, is without force.

Section 27 of chapter 32 of the Revised Statutes of the State of Illinois reads as follows :

" *Certified copy of charter evidence.*— The certified copy of any article of incorporation and changes thereof, together with all indorsements thereon, under the great seal of the State of Illinois, shall be taken and received in all courts and places as *prima facie* evidence of the facts therein stated."

This certificate is under the great seal of the State of Illinois, and, therefore, receivable in evidence by the courts of that State as *prima facie* evidence of the facts therein stated.

By chapter 311 of the Laws of 1877 it is provided that such certificates shall be received by the courts of this State with the same force and effect in all respects as *prima facie* evidence as in the State from which the certificate comes.

The judgment should be affirmed, with costs.

Van Brunt, P. J., and Follett, J., concurred.

Judgment affirmed, with costs.